NOTICE OF OBJECTION TO CONFIRMATION

CALIBER HOME LOANS, INC. has filed papers with the Court to object to the Confirmation of the Chapter 13 Modified Plan.

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Chapter 13 Modified Plan, or if you want the Court to consider your views on the Objection, then on or before 07/09/2020, you or your attorney must:

    1.      File with the Court an answer, explaining your position at:

**Clerk**
**U.S. Bankruptcy Court**
**50 Walnut Street, 3rd Floor**
**Newark, NJ 07102**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

Phelan Hallinan Diamond & Jones, PC       MARIE-ANN GREENBERG, Trustee
1617 JFK Boulevard, Suite 1400            Chapter 13 Standing Trustee
Philadelphia, PA 19103                       30 TWO BRIDGES ROAD SUITE 330
                                             FAIRFIELD, NJ 07004

    2.      Attend the hearing scheduled to be held on 07/16/2020 in the NEWARK Bankruptcy Court, at the following address:

**U.S. Bankruptcy Court**
**50 Walnut Street, 3rd Floor**
**Newark, NJ 07102**

If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: June 23, 2020

<u>/s/ Melanie Grimes</u>
Melanie Grimes, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 46245
Fax: 856-813-5501
Email: Melanie.Grimes@phelanhallinan.com

**File No. 838641**
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard
Philadelphia, PA 19103
856-813-5500
FAX Number 856-813-5501
CALIBER HOME LOANS, INC.

| | |
|---|---|
| In Re:<br>  GARAN DICKSON<br><br><br>Debtor | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Chapter 13<br><br>Case No. 18-30619 - VFP |

Hearing Date: 07/16/2020

The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor, CALIBER HOME LOANS, INC., the holder of a Mortgage on Debtor's residence located at 88 HILLSIDE AVENUE, WEST ORANGE, NJ 07052-4507 hereby objects to the Confirmation of the Debtor's proposed Chapter 13 Modified Plan on the following grounds:

1.      On December 13, 2018, Movant filed a Proof of Claim listing a total debt in the amount of $418,112.57.

2.      On October 3, 2019, Movant filed a Notice of Mortgage Payment Change, reflecting a regular monthly mortgage payment amount of $3,723.88, effective November 1, 2019.

3.      Debtor's Modified Plan provides that "[f]orbearance and regular payments to be paid as billed after deferment period," but does not state the specific amount of regular monthly mortgage payments to be made directly to Movant.

4.      Debtor's Modified Plan fails to provide for the current on-going, post-petition regular monthly mortgage payment amount. Movant objects to any amount less than 100% of what is required under the terms of the loan documents.

5.      Debtor's Modified Plan should be amended to indicate the correct post-petition monthly payment amount owed to Movant or Confirmation should be denied.


      WHEREFORE, CALIBER HOME LOANS, INC. respectfully requests that the Confirmation of Debtor's Modified Plan be denied.

<u>/s/ Melanie Grimes</u>
Melanie Grimes, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 46245
Fax: 856-813-5501
Email: Melanie.Grimes@phelanhallinan.com

Dated: June 23, 2020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

838641
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for CALIBER HOME LOANS, INC.

| | |
|---|---|
| In Re: | Case No:  18-30619 - VFP |
| Garan Dickson | Hearing Date: 07/16/2020 |
| | Judge:  Vincent F. Papalia |
| | Chapter:  13 |

## CERTIFICATION OF SERVICE

1.  I, Jason Seidman:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents CALIBER HOME LOANS, INC. in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.  On June 23, 2020 I sent a copy of the following pleadings and/or documents to the parties listed below:

Objection to Plan

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  June 23, 2020                    /s/ *Jason Seidman*
                                             Jason Seidman

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Garan Dickson<br>88 Hillside Avenue, West Orange, NJ 07052-4507 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| Nicholas Fitzgerald, Esquire<br>649 Newark Avenue<br>Jersey City, NJ 07306 | Debtor's Attorney | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg, Trustee<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.